## CREED JANNY *v.* JOHN DILLS, JR.

**Husband and Wife—Sale of Land—Failure of Wife to Sign Deed—Acknowledgement Without Signature Passes Nothing.**
The simple acknowledgment of a deed without signing passes nothing.

APPEAL FROM PIKE CIRCUIT COURT.

July 7, 1869.

OPINION OF THE COURT BY JUDGE ROBERTSON:

The deed, not having been signed by the wife, did not relinquish her dower or any other interest in the land.

And the simple acknowledgement of the deed without signing passed nothing. It does not purport to be a relinquishment of dower.

Wherefore, the judgment is reversed and the cause remanded for a new trial.

*Stewart, for appellant.*

*Apperson, for appellee.*